UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00161-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RODRIGUEZ CLINTONIAN GRIER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se letter to the court filed April 19, 2013. In that letter, defendant "asks for a full investigation of wrong doings concerning my [previous] revocation hearings," Letter, at 1, and that such investigation "look into all this perjury that surrounds my revocation hearings." Letter, at 5. Defendant is represented by counsel; thus, the pro se motion filed by defendant will not be considered. L.Cr.R. 47.1(H). In any event, the court has read the letter and defendant has made baseless and time barred contentions concerning previous violations and the disposition of such violations. Finally, defendant is advised to correspond only with his counsel inasmuch as letters - - such as the one sent to the court - - may be used against him by the government.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter (#121), to the extent it seeks relief, is **DENIED**.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge